————••O••————

### Guy C. Burham vs. Samuel D. Hubbard.

THIS case was the same as the last, except the default in the last was in March 1826, and this in August following—and the petitioner in his affidavit swore fully to his ignorance, at the time of the default, of the facts contained in the affidavits, upon which he now relied for a new trial.

A new trial is granted, but it is ordered by the court that the Petitioner must first give a bond, with sufficient surety, payable to said *Hubbard*, conditioned for the appearance of the said *Burnham* to answer to said action in the County Court, and be forthcoming on any execution that may issue against him on any final judgment that may hereafter be rendered against him in said action. Said bond to be in the penal sum of $ Said petitioner must also pay the commitment fees on said *Brewster's* execution, and take no cost upon this petition, nor any back cost in the original suit. And should the said *Brewster* elect to become nonsuit in said action on the first day of the next term of said County Court he is at liberty so to do without paying cost.